OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Niece, Appellant, v. National Insurance Association, Appellee.
[Cite as Niece v. Natl. Ins. Assn. (1994),     Ohio St.3d    .]
Automobile liability insurance -- Provision in policy for
     uninsured/underinsured motorist coverage which precludes
     insured from commencing any action against insurance
     carrier for payment of uninsured/underinsured motorist
     benefit, unless the insured has commenced suit or demanded
     arbitration within one year from the date of the accident,
     is void as against public policy.
     (No. 94-565 -- Submitted July 27, 1994 -- Decided August
31, 1994.)
     Appeal from the Court of Appeals for Franklin County, No.
93APE08-1122.

     Lamkin, Van Eman, Trimble, Beals & Rourke and Timothy Van
Eman, for appellant.
     Ulmer & Berne and Edwin J. Hollern, for appellee.

     The judgment of the court of appeals is reversed and the
cause is remanded to the trial court to apply Miller v.
Progressive Cas. Ins. Co. (1994), 69 Ohio St.3d 619,
N.E.2d    .
     Moyer, C.J., A.W. Sweeney, Douglas, Resnick, F.E. Sweeney
and Pfeifer, JJ., concur.
     Wright, J., dissents.
     Wright, J., dissenting.  I respectfully dissent for the
reasons I expressed in my dissent in Miller v. Progressive Cas.
Ins. Co. (1994), 69 Ohio St.3d 619, 625-627, 635 N.E.2d 317,
322-323.